STATE OF NEW JERSEY v. WILLIAM·BASKERVILLE.

March 10, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS KREIDLER.

March 24, 1987.

Petition for certification denied. See *State v. O'Connor*, 105 *N.J.* 399 (1987), and *State v. Hartye*, 105 *N.J.* 411 (1987). (See 211 *N.J.Super.* 276)

STATE OF NEW JERSEY v. RANDOLPH GRAHAM.

March 24, 1987.

Petition for certification denied. See *State v. O'Connor*, 105 *N.J.* 399 (1987), and *State v. Hartye*, 105 *N.J.* 411 (1987).

STATE OF NEW JERSEY v. ANTONIO MUGAVERO.

March 24, 1987.

Petition for certification denied. See *State v. O'Connor*, 105 *N.J.* 399 (1987), and *State v. Hartye*, 105 *N.J.* 411 (1987).